UNITED STATES DISTRICT COURT OF Eastern District of Missouri

RECEIVED
NOV 02 2026
BY MAIL

ANDREW THOMPSON

VS

Kevin Mcclanahan, Rowan Wilson, Tashanna Golden

COMPLAINT

Kash Patel, Vanessa Fang, Todd Blanche
Javier E. Ortiz, Michael Rosenthal
Caitlin J. Halligan, Elyssa O. Slutzky, Joseph Nocella, Jr.
Travis Arrindel, Jamie McDonald, Hannah Cohen
Eric Gonzalez, Madalina Danescu, Alvin Bragg, Anthony Cannataro
Michael A. Faleck, Sulay Grant, Arlene Bluth, Shirley Troutman
Julie Poley, Sergio Jimenez, Shantonu Basu, David J. Venturella
Carmen Pacheco, Logan Schiff, Joseph B. Edlow, Madeline Singas
Enedina Pilar Sanchez, Rachel Vincent, Whitney Clark, Jenny Rivera
Karen May Bacdayan, Carol Crawford, Darrell M. Joseph, Michael J. Garcia
John Siemietkowski, Dawn Hill-Kearse, Wavny Toussaint
Hector Lassale, Susanna Molina Rojas, Tanya Faye, Jack Stoller,
Eric Komitee, Marina Cora Mundy, Joy Campanelli
Margo Brodie, Shahabuddeen A. Ally, Cheree Buggs
Brian Gotlieb, Teresa L. Riley, Markwayne Mullin
Jessica Tisch, Keshia Espinal, Genine Edwards
Joanne D. Quiñones, Suzanne Adams, Karen Lin
Dakota Ramseur, Dianne Renwick, John P. Burns

Defendant used authority to avoid traffic tickets.

Such unacceptable behavior should not be treated lightly.

ANDREW THOMPSON